Jay Parmelee, #034477
Jay@DentonPeterson.com
Dustin Romney, 034728
DRomney@DentonPeterson.com

**DPD** | **DENTON PETERSON DUNN**
ATTORNEYS & COUNSELORS AT LAW

1930 N. Arboleda Road, Suite 200
Mesa, Arizona 85213
Telephone: (480) 325-9900
Facsimile: (480) 325-9901
https://arizonabusinesslawyeraz.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| David Memmoli, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Loyal Source Government Services, a Florida limited liability company,<br><br>Defendant. | Case No. 2:21-cv-01785-DWL<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff David Memmoli, by and through undersigned counsel, hereby advises the Court that the parties have agreed to a settlement of all claims filed in this matter. The parties are in the process of finalizing settlement documents. The parties anticipate filing a stipulation for dismissal within thirty (30) days.

RESPECTFULLY SUBMITTED this 23rd day of January, 2023.

**DENTON PETERSON DUNN, PLLC**

/s/  Jay Parmelee
Jay Parmelee
Dustin Romney
1930 N. Arboleda Road, Suite 200
Mesa, AZ  85213
*Attorneys for Plaintiff*

1

# **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 23rd day of January, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system which will send notification of said filing to the following CM/ECF registrants.

Robert B. Zelms
Nishan J. Wilde
Samantha J. Sawyer
**ZELMS ERLICH & MACK**
11811 N. Tatum Blvd, Suite 3031
Phoenix, AZ  85028
rzelms@zelmserlich.com
nwilde@zelmserlich.com
ssawyer@zelmserlich.com
*Attorneys for Defendant*

Copy also emailed to Settlement Conference Judge's Chambers at
fine_chambers@azd.uscourts.gov

/s/ Jamie Giguiere

DPD | DENTON PETERSON DUNN
ATTORNEYS & COUNSELORS AT LAW
1930 N. ARBOLEDA ROAD, SUITE 200
MESA, AZ 85213